IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT S. CLARK,<br><br>    Plaintiff,<br><br>    v.<br><br>GOVERNOR'S OFFICE OF<br>CHILDREN AND FAMILIES<br>OFFICE OF PLANNING AND<br>BUDGET OF THE STATE OF<br>GEORGIA,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:13-CV-1233-TWT |

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 6] the state law claim and granting the Defendant's Motion for More Definite Statement [Doc. 6] as to the Title VII claim. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 6] the state law claim and the Defendant's Motion for More Definite Statement [Doc. 6] as to the Title VII claim are GRANTED. The first Motion to Dismiss [Doc. 4] is DENIED as moot.

SO ORDERED, this 30 day of August, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge